IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No. | 1:25-CR-00037 (AMN) |
| | ) | | |
| v. | ) | **Information** | |
| | ) | | |
| **COLLINS BOZIL,** | ) | Violations: | 18 U.S.C. § 1343 |
| | ) | | [Wire Fraud] |
| | ) | | |
| | ) | | 18 U.S.C. § 1028A |
| | ) | | [Aggravated Identity Theft] |
| | ) | | |
| | ) | | 18 U.S.C. § 510(a)(1). |
| | ) | | [Forging Endorsements on Treasury Checks] |
| | ) | | |
| | ) | 5 Counts and Two Forfeiture Allegations | |
| | ) | | |
| **Defendant.** | ) | County of Offense: | Albany |

U.S. DISTRICT COURT – N.D. OF N.Y.
**FILED**
**Mar 24 - 2025**
John M. Domurad, Clerk

## THE UNITED STATES ATTORNEY CHARGES:

### COUNTS 1 THROUGH 3
[Wire Fraud]

From on or about April 4, 2020 through on or about April 6, 2021, in Albany County in the Northern District of New York, and elsewhere, the defendant, **COLLINS BOZIL**, devised and intended to devise a scheme and artifice to defraud the New York State Department of Labor ("NYSDOL"), and to obtain money and property from NYSDOL by means of materially false and fraudulent pretenses, representations, and promises, by knowingly submitting false and fraudulent applications for unemployment insurance benefits to NYSDOL. For the purpose of executing such scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, **BOZIL**, on or about the dates listed below, caused to be transmitted by means of wire communications in interstate commerce the following writings, signs, and signals, that is, Automated Clearing House payment

instructions for unemployment insurance benefits disbursements transmitted from NYSDOL's computer servers in Albany, New York, to KeyBank, N.A.'s computer servers in Solon, Ohio:

| Count | Approximate Date of Wire Transmission | Writing, Sign, or Signal |
|---|---|---|
| 1 | March 4, 2021 | ACH payment instructions transmitted from Albany, New York to Solon, Ohio |
| 2 | April 6, 2021 | ACH payment instructions transmitted from Albany, New York to Solon, Ohio |
| 3 | April 6, 2021 | ACH payment instructions transmitted from Albany, New York to Solon, Ohio |

All in violation of Title 18, United States Code, Section 1343.

## COUNT 4
### [Aggravated Identity Theft]

On or about January 24, 2021, in Albany County in the Northern District of New York, and elsewhere, the defendant, **COLLINS BOZIL**, during and in relation to a felony violation contained in Chapter 63 of Title 18 of the United States Code, that is a violation of Title 18, United States Code, Section 1343 (wire fraud), knowingly transferred, possessed, and used, without lawful authority, a means of identification of another person, that is, **BOZIL** knowingly transferred, possessed, and used P.P.'s name and Social Security number during and in relation to a scheme to defraud the New York State Department of Labor, in violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNT 5
### [Forging Endorsement on Treasury Check]

On or about August 10, 2023, in Albany County in the Northern District of New York, and elsewhere, the defendant, **COLLINS BOZIL**, with intent to defraud, falsely made and forged an endorsement and signature on a treasury check of the United States with a face value exceeding $1,000, that is, the defendant falsely endorsed a Treasury check issued to S.I. for

$1,658.57 by signing S.I.'s name on the back of the check, in violation of Title 18, United States Code, Section 510(a)(1).

## FIRST FORFEITURE ALLEGATION

The allegations contained in Counts 1 through 3 of this information are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

Upon conviction of one or more offenses in violation of Title 18, United States Code, Section 1343, as set forth in Counts 1 through 3 of this information, the defendant, **COLLINS BOZIL**, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes and is derived from proceeds traceable to the offense or offenses of conviction. The property to be forfeited includes, but is not limited to, the following:

    a. a money judgment in the amount of $143,178.

## SECOND FORFEITURE ALLEGATION

The allegations contained in Count 5 of this information are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 982(a)(2)(B).

Upon conviction the offense in violation of Title 18, United States Code, Section 510, as set forth in Count 5 of this information, the defendant, **COLLINS BOZIL**, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(2)(B), any property, constituting and derived from, proceeds the defendant obtained directly and indirectly as the result of the offense of conviction. The property to be forfeited includes, but is not limited to, the following:

a. a money judgment in the amount of $9,300.

**Substitute Assets**

If any of the property described above in either the First or Second Forfeiture Allegation, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

Dated: March 24, 2025

JOHN SARCONE III
United States Attorney

By: _____
Matthew Paulbeck
Joseph S. Hartunian
Assistant United States Attorney
Bar Roll Nos. 701580 / 704398

4